UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO.: 5:12-CR-351-F-16

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER TO SEAL |
| ) | |
| JAMIE LOU DENNING, ) | |
| Defendant. ) | |

This matter coming on to be heard and being heard by the undersigned United States District Court Judge on Defendant's Motion to Seal Docket Entry No. 429. The Motion to Seal is GRANTED and Docket Entry No. 429 is ordered to be kept under SEAL, pending further Order of this Court.

This 24 day of January, 2014.

*/s/ James C. Fox*
JAMES C. FOX
UNITED STATES DISTRICT COURT JUDGE,
E.D.N.C.